

# NUMBER 13-21-00371-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF C.C.C., A JUVENILE

**On appeal from the 484th District Court
of Cameron County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

This matter is before the Court on appellant C.C.C.'s second unopposed motion for extension of time to file appellant's brief. This appeal arises from an order waiving the juvenile court's exclusive jurisdiction and transferring the case to criminal district court. *See* TEX. FAM. CODE ANN. §§ 54.02, 56.01(c)(1)(A). Appellant's brief was initially due on December 6, 2021. Appellant previously filed an unopposed motion for extension of time to file appellant's brief; we granted the motion and extended the time to file the brief until December 20, 2021. Appellant now requests an additional two-week extension of time to file the brief, until January 3, 2022. Appellant represents that critical documents were

inadvertently omitted from the appellate record; that the district clerk advised that the documents would need to be sealed pursuant to a court order before they can be included in the appellate record; that the parties submitted a proposed agreed sealing order to the juvenile court on December 9, 2021; and that the juvenile court has yet to sign the agreed order. Appellant further represents that the State is unopposed to the motion.

Appeals of an order under Texas Family Code § 54.02 certifying a juvenile to stand trial as an adult are governed by the rules of appellate procedure applicable to accelerated appeals. *Order Accelerating Juvenile Certification Appeals and Requiring Courts to Give Notice of the Right to An Immediate Appeal*, Misc. Docket No. 15-9156 (Tex. Aug. 28, 2015); *see* TEX. FAM. CODE ANN. § 56.01(h-1). TEX. R. APP. P. 28.1. Appellate courts are directed to ensure "so far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*. Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Accordingly, we grant appellant's second motion for extension of time and order appellant's brief to be filed on or before January 4, 2022. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

We urge the juvenile court to act promptly in signing the agreed sealing order so that the complete record may be timely filed, and so that this Court can ensure that the appeal is decided within the timeframe established by the Texas Supreme Court for such appeals.

PER CURIAM

Delivered and filed on the
20th day of December, 2021.

2